**Marvin Troy BUTLER, Plaintiff–Appellant,**

v.

**ALEXANDRIA POLICE DEPARTMENT, Defendant–Appellee.**

No. 02–6100.

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided April 1, 2002.

---

Marvin Troy Butler, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Marvin Troy Butler seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (West Supp.2001) complaint. We dismiss the appeal for lack of jurisdiction because Butler's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on November 27, 2001. Butler's notice of appeal was filed on January 11, 2002. Because Butler failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*